1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LESLIE MARIE McCULLEY,                    No. 2:16-cv-02216 MCE DB P

12                  Petitioner,

13         v.                                   ORDER

14    DERRAL ADAMS,

15                  Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On November 20, 2019, the magistrate judge filed findings and recommendations herein

21    which were served on petitioner and which contained notice to petitioner that any objections to

22    the findings and recommendations were to be filed within fourteen days. Petitioner has not filed

23    objections to the findings and recommendations.

24         The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

26    ORDERED that:

27         1. The findings and recommendations filed November 20, 2019 (ECF No. 22), are

28    adopted in full;

                                                  1

1       2. The petition for a writ of habeas corpus is denied.

2       3. The court declines to issue the certificate of appealability referenced in 28 U.S.C.

3 § 2253.

4       IT IS SO ORDERED.

5 Dated:  February 4, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE